BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA 36104

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

BILL LIETZKE,  ) CASE NO.
              )
    PLAINTIFF, )
              )
VS.           )
              )
CITY OF BIRMINGHAM, ET AL, )
              )
    DEFENDANTS. )

RECEIVED APR 12 2019 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

1. Jurisdiction founded on the existence of a federal question and amount in controversy.

2. The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

3. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

4. Civil rights violations cases Bill Lietzke vs. City of Birmingham, Et'Al., Bill Lietzke vs. Greyhound Lines, Inc. filed under Title 28, USC, Section 1331, Federal Question Jurisdiction and Title 42, U. S. C., Section 1983, Civil Rights Cases.

5. On or about the 20th day of April, 2018 at about 5:30p.m., and upon arrival of the Plaintiff at the Birmingham, Alabama Greyhound Lines, Inc. by Greyhound Bus from the Nashville, Tennessee Greyhound Lines, Inc., the City of Birmingham, last known addresses 425 6th Avenue South, Birmingham, Alabama and two (2) unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants procured the unlawful arrest, the unlawful violation of the personal liberty, and the subsequent false imprisonment of Plaintiff Bill Lietzke,

for any appreciable time however brief, and committed said non-consentual, intentional confinement of the Plaintiff without lawful privilege therfor, and for any appreciable time however brief in the Birmingham City Jail from April 20, 2018 to April 21, 2018. The City of Birmingham, last known addresses 425 6th Avenue South and two (2) unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants purposely deprived the Plaintiff of freedom of movement by use of physical barrier and force and other total and complete unreasonable duress, without the Plaintiff's consent which harmed the Plaintiff, and such harm was substantially caused by the City of Birmingham's and unidentified, unspecified African-american black male Defendants' conduct.

6. Thereafter, the Plaintiff was released from the Birmingham City Jail, last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

7. On or about the 20th day of April, 2018 at about 5:30p.m., the City of Birmingham, 425 6th Avenue South, Birmingham, Alabama and unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants struck, shoved, kicked, and touched the Plaintiff, subjected the Plaintiff to unlawful physical contacts and subjected the Plaintiff to unlawful arrest and false imprisonment on frivolous and baseless charges.

8. Thereafter, the Plaintiff was released from the Birmingham City Jail, last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

9. The City of Birmingham, 425 6th Avenue South and Unidentified, unspecified African-american black male Defendants violated the Plaintiff's First Amendment, Second Amendment, Third Amendment, Fourth Amendment, and Fifth Amendment rights of the United States Constitution.

1  10. The Plaintiff seeks therefor Actual, Punitive, and Compensatory
2  Damages against all Defendants for $2,000,000,000.00
3  11. The Plaintiff seeks assessment of fines against all Defendants
4  for $20,000,000.00
5  12. The Plaintiff further seeks imprisonment of all Defendants in a
6  maximum security federal/state prison for 10 years.

Submitting for filing this    April 8, 2019

*[signature]*
General Delivery
135 Catoma Street
Montgomery, Alabama   36104



U.S. POSTAGE PAID
FCM LG ENV
MONTGOMERY, AL
36104
APR 09, 19
AMOUNT
$2.05
R2303S100738-01

1000    99513

BILL   LIETZKE
GENERAL   DELIVERY
135   CATOMA   STREET
MONTGOMERY,   ALABAMA    36104

                    UNITED   STATES   DISTRICT   COURT
                    222 W   7TH   AVENUE, RM   229
                    ANCHORAGE,   ALASKA    99513